# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

In The Matter Of:　　　　　　　　　　　　In Bankruptcy:

DL TRENDS, LLC　　　　　　　　　　　　Case No. 11-32580-DSO
　　　　　　　　　　　　　　　　　　　　Chapter 7
　　　　　　Debtor(s).　　　/　　　　　　Hon. Daniel S. Opperman

## CERTIFICATE OF DISTRIBUTION

Samuel D. Sweet, Trustee of the above-named estate, hereby states the following:

1. That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

2. That the Trustee has collected $6,676.00 and disbursed $3,771.84, leaving a balance on hand of $2,904.16, which funds are deposited in an account at Bank of Texas;

3. That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| Clerk of the US Bankruptcy Court | $2,637.00 | 100.00% | $2,637.00 |
| | | **Subtotal:** | **$2,637.00** |

| Priority Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 2 | Michigan Department of Treasury | $9,321.63 | 0.68% | $63.82 |
| 5 | State of Michigan- Department of Treasury | $29,702.42 | 0.68% | $203.34 |
| | | | **Subtotal:** | **$267.16** |
| | | | **Total:** | **$2,904.16** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: August 9, 2013　　　　　　　/s/ SAMUEL D. SWEET [P48668]
　　　　　　　　　　　　　　　　　Samuel D. Sweet, Chapter 7 Trustee
　　　　　　　　　　　　　　　　　P. O. Box 757
　　　　　　　　　　　　　　　　　Ortonville MI 48462-0757

Phone: (248) 236-0985
E-mail: ssweet@trusteesweet.us